Exhibits

Exhibit A

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Disciplinary Report

| Type of Report: | | | Menard Correctional Center | Date: 5/10/2019 |
| --- | --- | --- | --- | --- |
| ☐ Disciplinary | ☒ Investigative | | Facility | |

Offender Name:    Graham, Cedrick J.                               ID #:    B87484

---

**Offense Information:**

Observation Date:    5/10/2019    Approximate Time:   2 30   ☐ a m  ☒ p.m    Location:    Menard CC Internal Affairs

**Offense(s):  DR 504:**    Investigative Status

**Observation:** (NOTE: Each offense identified above must be substantiated.)  On the above date and approximate time, offender CEDRICK J. GRAHAM B87484 is being placed on Investigative Status for the safety and security of the institution.  Offender GRAHAM B87484 was identified by state issue identification card and Institutional Graphics.  END OF REPORT

**Witness(es):**

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| C/O A. Masterson | 7552 | | 5/10/2019 | 2.45 | ☐ a m ☒ p.m |
| --- | --- | --- | --- | --- | --- |
| **Reporting Employee (Print Name)** | **Badge #** | **Signature** | **Date** | **Time** | |

---

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons:

| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers. Chief Administrative Officer) | Date |
| --- | --- | --- |

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment:

☐ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit

| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |
| --- | --- | --- |

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |
| --- | --- | --- |

#### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

#### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing.  You may ask that witnesses be questioned along lines you suggest.  You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee.  You may have staff assistance if you are unable to prepare a defense.  You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

Offender's Signature                                    ID#

Serving Employee (Print Name)        Badge #        Signature
                                                     ☐ a m
                                                     ☐ p.m
        Date Served        Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature                              ID#

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Disciplinary Report

Exhibit B
1 of 2

_Menard CC_
Facility

Date: _5-14-19_

**Type of Report:**
☑ Disciplinary   ☐ Investigative

Offender Name: _Cedrick Graham_                    ID #: _B87484_

Observation Date: _5-14-19_   Approximate Time: _5:15_ ☐ a.m. ☑ p.m.   Location: _N. 2 House 448_

**Offense(s): DR 504:** _215. disobeying a direct order essential to safety and security._

**Observation:** (NOTE: Each offense identified above must be substantiated.) _On the above date and approximate time while touring gallery in North-2 cellhouse this R/O observed I/M Graham laying on the floor of cell 448, I/M Graham was complaining of pain. This R/O ordered I/M Graham to step to the bar front to be restrained, that order was refused. I/M Graham refused two more orders from this C/O to be restrained, this C/O called S.T. Brownley to cell 448 at which time Graham layed on the floor and was unresponsive. Graham was removed from cell 448 by an emergency nurse team, he was evaluated by medical staff and stated that he always had to get to see the nurse and put a sick-call._

**Witness(es):** _____

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Gannon Richelman | 580C | [signature] | 5-14-19 | 6:30 ☐ a.m. ☑ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

### Disciplinary Action:

**Shift Review:** ☑ Temporary Confinement   ☐ Investigative Status   Reasons: _all hurt incident_

_Witt 1-Hoe 152_                              _5-14-19_
Printed Name and Badge #          Shift Supervisor's Signature          Date
                                  (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☑ Confinement reviewed by Reviewing Officer   Comment: _I concur_

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

_Major Brinkton 5-0_          _Major Brinkton_          _5-14-2019_
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____          _____          _____
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign   _____

_Morris_                    Offender's Signature _13184_          ID# _[signature] Morris_
Serving Employee (Print Name)          Badge #

_5-15-19_                    _65_          ☐ a m ☑ p m
Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____          _____
Offender's Signature          ID#

Exhibit B
2 of 2

State of Illinois - - Department of Corrections
**DISCIPLINARY REPORT/SUMMARY**
(Continuation Page)

Page ___ of ___

☑ Disciplinary Report     ☐ Disciplinary Summary

Committed Person: _Cedrick Graham_     No. _____

Offense Date: _5-14-19_ Time: _5:15_ am/pm Location: _____ Facility: _Menard C C_

I/M Graham's _____ personal activities _____
_____ cellhouse _____ duty to health care
_____ I/M Graham _____ State _____ I/M _____
Officer 360, _____ refused

Cedrick Graham

B87909

Exhibit C.

Health Care Unit                    N² 4-48

I feel like im dying I've been vomiting hard and often so much that I feel like my organs are trying to come up. My body temperature is hot. having shakes with cold and hot sweats. Im hurting so much all over my body from ~~strike~~ My wrist being tied so tight and being punched and stomped. Ive lost feeling all the way up my arm and cant feel anything on ~~strike~~ top part of my left hand. Please help me

Cedrick Graham                    5/14/19

Exhibit D

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Cedrick J Graham                    ID #: B37484  Living Unit: N² 4-48

Job Assignment: _____            Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Health Care (HCU) _____

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): I am not feeling good I was beat for asking for medical care they told me they were going to kill me I'm sick as hell sore and in pain all over my body from the assault someone please help me I am in SERIOUS NEED OF MEDICAL ATTENTION please help me

Cedrick J. Graham
_____              5-17-17  _____
Offender's Signature                              Date

========== DO NOT WRITE BELOW THIS LINE ==========

Remarks by staff (If necessary): _____        Remarks by supervisor (If necessary): _____

_____                       _____

_____                       _____

_____                       _____

Print Staff Name                                      Print Supervisor Name

_____                       _____
Staff Signature              Date                     Supervisor Signature           Date

Distribution:   Affected Unit

Printed on Recycled Paper                              DOC 0286 (Rev. 4/2010)



Exhibit E

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Cedrick Graham                                    ID #: BG74684  Living Unit: N² cell# 4-48

Job Assignment: _____                                  Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: HCU (Health Care unit)

I request ☐ interview  ☐ cell assignment  ☐ visit  ☐ Trust Fund  ☐ purchase  ☐ other (specify) _____

for the purpose of (explain): I have been having Stomach pains , vomiting Hot Sweating and Cold Sweat. My back is in excrusiating pain from being beat by Many Men in gear that came and abused me. My knee feels like my ikel or ligament is tore my Knee is swelled up from being Stomped and Kicked at an ankle. and I am in terrible pain.

_____            5-18-19
Offender's Signature                         Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____        Remarks by supervisor (if necessary) : _____

_____                                          _____

_____                                          _____

_____                                          _____

Print Staff Name                                         Print Supervisor Name

Staff Signature              Date                        Supervisor Signature              Date

Distribution.  Affected Unit

*Printed on Recycled Paper*                              DOC 0286 (Rev. 4/2010)

Exhibit F

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Cedrick Graham                                    ID #: B87494  Living Unit: North 3 4-48

Job Assignment: _____                          Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: Health Care Unit

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____
for the purpose of (explain): I've Put in Seven Sick Call Slips and have not gotten medical attention visit I've been in horrible pain inside and out the mental psychological pain is unbearable I'm in fear of my life back here This has been the worse experience I have ever experienced ever Please help me I am in SERIOUS NEED OF MEDICAL ATTENTION

_____                              5-19-19
Offender's Signature                                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____        Remarks by supervisor (if necessary) : _____

_____                              _____

_____                              _____

_____                              _____

_____                              _____
Print Staff Name                                        Print Supervisor Name

_____          _____          _____          _____
Staff Signature                   Date           Supervisor Signature                Date

Distribution:   Affected Unit

Printed on Recycled Paper                                    DOC 0286 (Rev. 4/2010)

Exhibit G

Cell 4-42

Housing Unit: North 2 __ Bed #: Single Man

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 5-19-19 | Offender: (Please Print) Cedrick Graham | ID#: B87484 |
|---|---|---|

Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Seg

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specfy) _____
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance
  Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 5-14-19 while housed in Seg Cell # 4-48 of North 2 I got sick (flu-like symptoms). Gallery Officer Gannon Richelman badge #3800 walked by as I was throwing up. I asked him to please help me and he responded that he would tell the Sgt (Sgt Burnley). C/o Richelman acknowledged my need for medical attention then left and went about his duties. When he returned he witnessed me profusely vomiting and said, "geez you are sick," as he passed by. When he passed by a third time and I asked him for medical attention that I clearly needed no aid, Seargent said drink some water, denying me the medical assistance that my nature required. I dry heaved with my head by the toilet to the point I passed out from exhaustion. Displaying zero

Relief Requested: Witnesses from North 2 in # 4-47, 4-49, 4-46, 4-45, 4-50, 4-51, 4-52, roster of the area I was assaulted 4 gallery. My medical records. Maintain any and all audio and video recordings in the general area where I was physically assaulted. Any and all duty rosters of

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance. Correction... HCU in the North 2 seg house unit specifically ...

| Cedrick Graham | B87484 | 5 / 19 / 19 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____ / ____ / ____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

arms. Worsening my experience, increasing the trauma as I feared death for simply requesting medical attention. I was threw in a bullpen on a bench aggressively as they verbally assaulted me (the tactical team). Sgt Brumley said, "I dont think your sick, do you like what you get for trying to make us race to work, I could have then kill you for interrupting my day." then the white shirt 2nd shift Lt. in Seg on 7-14-19 (name unknown) who I believe to be Mat Page badge # 652 (Ill never forget his face) He walked up next to my ear and said, "if you gotta a little tummy aching your gonna get up and walk your ass back to your cell." After I told him that I was experiencing flu-like symptoms and needed medical attention. Instead I was roughly escorted back to the front of my cell #4-48 by the tactical team and correctional officers and threw back into my cell slipping on the vomit ridden floor furthering my injuries. I never received medical care for my original illness of flu-like symptoms or medical attention for the beating, abuse, why I was unlawfully restrained, and assault mentally and physically I recieved for needing medical care. I was denied medical check of my vitals and medical attention. No health care staff checked my vitals, or medical care after the staff of IDOC by their own observation (see defendants government report in which I have attached a copy of said report new to this grievance) clearly seeing me in need of medical care. In no way was I combative as I was and unresponsive. I am still to this day being denied medical assistance for my original diagnosis of illness and medical care for the assault flu symptoms that caused me injuries. I have been back here in Seg for 5 days after this traumatic experience and they (IDOC, Seg HCU) continue refusing to heal request for sick call to treat my injuries as a result of the excessive physical force that caused me injuries, and my original claim of illness flu-like symptoms.

+ you started dry rubbing up [and] out the cell. It dropped me. It literally felt like my organs were trying to come up and out my mouth ~~so walked by I told him I was sick~~ ~~He told me whatever you~~ were eating dont eat anymore ~~if it and walked off~~. Later he came back and said you are sick, left then came back and said Sgt said drink water and wait for health care to make their rounds. I was dry heaving so much and waiting that I guess I passed out. All inmates called for help to c/o and formman telling me they were going to kill me I remeber waking up being dragged beat down halls and up stairs then threw in a cage by a swat team. They asked me what was going on and I told them best I could Sharp pains, throwing up, dry heaving feeling sick like I was ~~bout to die~~ The nurse said all you had to do ~~follow the put in a~~ was put in a sick call kite and the Sgt said right after her yeah didnt I tell you to wait for the nurses to come by at 7:00 pm. I was so weak and brait out of it Whoa what ~~hotem~~ ~~I said~~ Then a guy in the white shirt ~~by~~ look at me and say oh you have a little belly ache listen to me you are going to get up and walk back to your cell. They picked me walked me back to the cell opened it up ~~and there~~ pushed me in ~~back to~~ and said now clean all that shit up. I was never given medical care Ive put in sick call request and still have not received medical care since Ive been back here. I was wrote this ticket For complaining of pain and to cover up them beating me. for being in need of medical care. These are violations of my rights of cruel and unusual punishment, assaults by tacticle swat members, and due process because I was never assigned a hearing investigator to this major ticket Why would I refuse help when I was the one calling for help and being told to drink water and wait for health care. while waiting for health care hours away throwing up and dry heaving for so long I passed out The ticket says that I appeared unresponsive laying on flour If so how can a unresponsive person/unconscious person I disobey a direct order

Anytime Im given a order I obey. I am no problem at all I dont have a prior history of this. Before I came over to Seg on a bogus prea (Sgt, Lt, IA can all vouch) Ive never been a problem. 1st r/c officer Westerman Sgt Lt and IA can all vouch as witness I would like for this ticket to be thrown out and expunged from my record

Exhibit H

Rough Draft to Adjustment Committee

I got sick and started vomiting I tried to make it to toilet but was unsucc as some got out on floor and myself but I was

Exhibit I

## ILLINOIS DEPARTMENT OF CORRECTIONS

### Psychiatric Progress Note

Facility:  ___Hill Correctional Center___

**Offender Name:**
Last, First   **GRAHAM, CEDRICK**      **ID Number:** B87484      **Date:** Sep 24, 2020

| Insight: | ☒ Adequate | ☐ Poor | ☐ | |
|---|---|---|---|---|
| Judgment: | ☒ Adequate | ☐ Poor | ☐ | |

| Motivation: | ☐ Good | ☒ Adequate | ☐ Poor | ☐ |
|---|---|---|---|---|

| Historian: | ☒ Reliable | ☐ Poor | ☐ Inconsistent | ☐ Unable to assess at this time |
|---|---|---|---|---|

### Diagnoses

**Psychiatric Diagnosis:** PTSD, UNSPECIFIED DEPRESSION

**Medical Diagnosis:** NONE REPORTED

Based upon today's evaluation:
Since last visit, offender's psychiatric symptoms have·   Improved ☐   Remained same ☒   Worsened ☐

**Modified Global Assessment 40** | to 47

**Based upon diagnosis, Modified GAF and need for supportive services, Offender is designated SMI?**   Yes ☐   No ☒

### Narrative Summary

PATIENT CONITINUES TO COMPLIANOF NIGHTMARES/ FLASHBACKS FROM TRAUMA. TODAY PATIENT APPERS LESS STARTLED. HE DENIED SUICIDAL/HOMICIDAL IDEATION OR PLAN. NO PSYCHOSIS. HE IS EATING WELL WITH POSTIVE MOOD. DISCUSSED WITH PATIENT I WILL INCREASE HIS PRAZOSIN " THANK YOU DOC I NEED SOME RELIEF". PATIENT STATED HE UNDERSTOOD AND AGREED WITH THE PLAN.

### Psychiatric PLAN

Psychotropic Medication:   ☐ Started (DOC 0541)   ☐ Discontinued   ☐ Changed

☒ Continue Current Medication

☐ Medication specifics and rationale:

ZOLOFT 200MG PO Q HS X 90 DAYS ( ** RENEW)
INCREASE PRAZOSIN 2MG PO Q HS X 14 DAYS THEN PRAZOSIN 3MG PO Q HS X 90 DAYS ( **)

☐ AIMS completed today (if necessary) (DOC 0336)      ☐ AIMS to be done by RN (if necessary)

| ☐ Labs | ☐ CMP | ☐ BMP | ☐ CBC+Plts | ☐ Thyroid Profile | ☐ Lithium | ☐ Carbamazepine |
|---|---|---|---|---|---|---|
| | ☐ VPA | ☐ Lioid Profile | ☐ A1C | ☒ EKG | ☐ Other. ___ | ☐ Other: ___ |

☐ Abdominal circumference: ___       ☐ BMI ___       ☒ BP/P 1 MTH

ILLINOIS DEPARTMENT OF CORRECTIONS
## Psychiatric Progress Note

Facility: _____ Hill Correctional Center _____

**Offender Name:**
Last, First  GRAHAM, CEDRICK  ID Number: B87484  Date: Sep 24, 2020

☐ Fill in values and measurements on Metabolic Screening and Monitoring form (DOC 0532)

☐ Needs medical referral for: _____

☐ Needs MHP referral (Complete DOC 0387) for:

   ☐ Sleep hygiene   ☐ Anger management   ☒ Trauma history   ☐ Psychometric testing

☒ Other: PATIENT WITH FIANCEE WITH SERIOUS ILLNESS /HE REPEATELY TEELS HIS TRAUMA STORY BEFORE

☐ Crush/float all Psychotropics due to   ☐ Hx of non-compliance   ☐ Hx of hoarding medications   ☐ Abuse Potential

   ☐ Other _____

☒ Offender has been given a copy of the Psychotropic Medication Information brochure.

☒ I have verbally reviewed any medication changes. side-effects, risks and benefits of treatment or refusing treatment with the offender.

☐ Offender's psychiatric condition has been stable on the same psychotropic medication(s) at the same dose for the past 60 days - may be seen max OP - 3 months, RTU - 2 months, Enforced - 1 month.

☒ The offender has signed his/her Medication Consent Form.

☐ Treatment plan update needed based on change of diagnosis. direction of treatment, etc. (DOC 0546)

Designation:   ☐ SMI   ☐ Enforced Psychotropic to be continued (clinically necessary)

   ☐ Other (identify): _____

## Disposition (Level of Care)

☒ Outpatient Level of Care   ☐ Residential Treatment Unit   ☐ Inpatient   ☐ Crisis

Next Appointment: 4 WEEKS _____

**Evaluation completed by:**

| | | |
|---|---|---|
| Bell | ELISA P BELL Digitally signed by E SA P BE... Date 2020.09.24 18 46 52 -05'00' | Psychiatrist |
| Print Name | Signature | Title |
| | 1:24:00 PM | Noted (illegible) 9-27-20 |
| Date | End Time | |

Exhibit 3
Page 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Henry Hill Correctional _____ Center

**Non-Specific Discomfort**

**Offender Information:**

Graham                    Cedrick _____ ID#: B87484
Last Name                 First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-12-19 | S) - Any Allergies NKDA. | P) MD Referral 12/24/19 ER. ER. |
| 1055 Am | - Location of pain / discomfort (L)upper mid back (L)lower back (L)shoulder neck. | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain (Stabbing) (Throbbing) (Constant) Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort Ambulation difficult. |
| | - Have you had this pain before and how was it treated Not before incident. | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10 "8" | |
| | - Duration of pain happened c Menard in May 2019. | No MD referral |
| | O) T 97.6 P 70 R 20 BP 130/78 WT 210. | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) issued #18 |
| | - Signs of obvious discomfort none noted. | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) issued #18 |
| | Ambulates slow per IM. | Patient Teaching |
| | - Observations related to body part affected | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | IM states he was "beat" in a different institution and has had back pain since the incident. | |
| | | Nurse Signature D Whiteside CA |
| | A) Non-Specific Discomfort | Payment voucher    YES    (NO) |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Henry Hill Correctional _____ Center

Offender Information:

_Graham_ _Cedrick_ ___ ID#: B87484
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/24/19 1240p | M.D. / N.P. / P.A. Visit<br>WT 215.4  B/P 138/78<br>T 98  P 95  R 18<br>98% | |
| | low back pain / neck pain | Medication |
| | S: C/o low back pain. Says he slipped and hit back on metal bunk. Says he continues to have pain | Naproxen 375 g BID prn |
| | O: positive Waddell's sign c axial load. Extreme ↓ ROM lumbar Inconsistent c ability to ambulate. SLR Neg | Lumbar exercise given |
| | A: C/o lumbar pain | [signature] |

Distribution: Offender's Medical Record

DOC 0984 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Exhibit J
Page 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ HILL Correctional _____ Center

**BACK PAIN**

Offender Information:

Graham                    Cedrick                    ID#: 887484
Last Name                 First Name           M.I.

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/4/2020 10:30AM | **RN NOTE** / ~~LPN/CMT NOTE~~ | **P) Urgent Referral:** - Sudden back pain with hypotension and/or tachycardia or fever. |
| | S) - Cause of pain? Inm reports he was beat at Menard by Tact team | - Inability to work or severe gait disturbance or change in continence. - Verify meds and allergies prior to treatment |
| | - Was the pain immediate or delayed? | Refer to MD if: ~~1/8/2020~~ Abnormal vital signs, temp greater than 100 |
| | - For how long? since May 2019 | - Loss of sensation or numbness ✓ |
| | - Location? lower + mid back | - Foot drop |
| | - Rate the pain (1-10) 10 | |
| | - Pattern (radiation) what worsens / eliminates? Radiates down © leg getting up moving certain way/sitting | - Difficulty ambulating ✓ no meds help |
| | - Color of urine? clear yellow | - Dark or bloody urine ✓ |
| | - Frequency? denied | - No improvement after 48 hour trial of Treatment Protocol ✓ Inm used Naproxen ~~c~~ Ø relief |
| | - Any pain on urination? denied | **When no MD referral:** |
| | - History of back problems and/or surgery? | - Ibuprofen 200 mg, 1-2 t.i.d. PRN with meals X 3 days (18 tablets) |
| | - Fever / chills / night sweats / dysuria no / no / no / no | - Or Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Increase in pain with cough? sneezing hurt back bad | - Avoid sporting activities until pain has been gone for at least two weeks ✓ |
| | - Are you taking any medications? Naproxen + psych meds | - Begin gentle strengthening exercises as early as possible and observe proper lifting techniques. (provide exercise packet) Inm was given |
| | - Any trauma? s/p beat/kicked at Menard | - Complete injury report DOC0313 per 12/24/19 note |
| | - Any bowel or bladder incontinence? denied | - Urinalysis dip, if urinary symptoms present n/a |
| 9:45pm | O) T 97.4 P 88 R 16 BP 122/74 WT 216.6 | **OVER** Woodgemania |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **HILL Correctional** _____ Center

**BACK PAIN (Cont.)**

Offender Information:

Last Name: Graham   First Name: Cedric P.   MI: ___   ID#: B82484

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/4/2000 1030AM | - Gait disturbance  ambulates c̄ limp | Patient Teaching: |
| | - Any change from sitting to standing  pain reported | - If injury could have been prevented, instruct on safety measures |
| | - Swelling  none seen | - Proper body mechanics |
| | - Redness  no | - Avoid weight lifting, strenuous activity (Sports restriction) |
| | - Bruises  no | - Back exercises when indicated by MD |
| | - Tenderness to touch  yes to (L) lower back | - Recommend moist heat, e.g. warm shower when available. |
| | - Range of motion  unable to bend | - Back exercises if indicated |
| | - Distress or pain with movement  yes - cussing et inability to bend at all at waist | - Allow 48 hours of trial with simple analgesic  Has naprosyn |
| | | - Return to sick call if symptoms persist or worsen |
| | | - If obesity present – weight loss counseling N/A |
| | | Follow up: |
| | | - If discomfort worsens or persists and prevents the patient from carrying out normal activities, return to sick call. |
| | | |
| | | |
| | | Nurse Signature |
| | A) Impaired Comfort | Payment voucher    YES    NO |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Housing Unit: N 4-48 Bed #: Single C

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-17-19 | Offender: (Please Print) Cedric J Graham | ID#: B87484 |

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Segregation |

**NATURE OF GRIEVANCE:**

☐ Personal Property      ☐ Mail Handling       ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☑ Staff Conduct          ☐ Dietary            ☐ Medical Treatment          ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Other (specify): _____

☑ Disciplinary Report: 5 / 14 / 19      Menard CC
                        Date of Report              Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance
    Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 5-14-19, while housed in North 2 Segregation Cell # 4-48, I had notified gallery officer Gannon & relayed badge # 3660 of my flu like symptoms at the start of his shift (2nd shift).

On 5-14-19, at approximately 5:00 PM while passed out from flu like symptoms, vomiting and dry heaving to exhaustion, I was awaken to being beat on, wrist-tied with non locking restraints so tight they cut into my wrist were blood began to show. Cutting circulation & the way from up my feeling in my hands all the way up my arms to my shoulders. I was punched and kicked on repeatedly, dropped, stomped on, c- in face first up stairs being told, "we're about to put you in a casket brother." The assault continued as they

Relief Requested: I would like the individuals involved disciplined and administrative action taken against them. Give me a polygraph examination or any type or form of lie detector test. Expunge the IDR. These things are the relief I am requesting.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☑ Check if this is NOT an emergency grievance.

| Cedric J Graham | B87484 | 5 / 17 / 19 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** |

Date Received: ___ / ___ / ___      ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board P.O. Box 19277 Springfield, IL 62794-9277

Response: _____
_____
_____

you just got for trying to us have me ck. I could have them kill you for interrupting my day." 2nd Shift L t. (name unknown) in Seg on 5-14-19 walked up to me and put his head n t to my face and said, "oh you gotta a little t m. ache r gonna get up and walk your ass back to your cell. I was picke o and escorted roughly by a m z of tactical team and menard staff (correctional officers) that threw me back into the cell so ~~         ~~ aw being my injuries from the exssive force. I was not combat n any way, shape, or form. Nor was I aggressive through th traumatic experience that I just received. Zero threat as I was fou inresponsive per observation of reporting officer Gannon Richelman badge # 3800) and Sgt Brumley. (see offender disciplinary report that I have attached w m the grievance). I was ~~given~~ given a ~~offender disciplinary report~~ for disobeying a direct order essential to safety and security for requesting medical attention and need of medical care. I was retaliated against by Gannon Richelman Badge # 3800, Sgt Brumley, and Mat Page 652 by filing a false inmate disciplinary report for disobeying a direct order essential to safety and security a major infraction in order to cover up the fact that they failed to provide me medical care and refused to even have me examined for magical claim of illness (flu-like symptoms) or for the beating, ~~assault~~ and abus I received for requesting medical care and in need of medical attent

OERRM122

AS OF DATE: 7/22/2019



ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER 360
GRADE PROMOTION NOTIFICATION

PAGE: 9
RUN DATE: 7/22/2019
RUN TIME: 1:33:51 PM

INSTITUTION: MENARD

IDOC# : B27484

NAME : CEDRICK J. GRAHAM Jr.

LIVING UNIT : MEN:MRC:R:01:46:L1

THIS IS TO INFORM YOU THAT AS OF 7/22/2019
YOU HAVE BEEN PROMOTED TO A GRADE

FROM: RECORDS OFFICE


OERRM122

AS OF DATE: 6/24/2019

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER 360
GRADE PROMOTION NOTIFICATION

PAGE: 13
RUN DATE: 6/24/2019
RUN TIME: 3:33:13 PM

INSTITUTION: MENARD

IDOC# : B27484

NAME : CEDRICK J. GRAHAM

LIVING UNIT : MEN:MRC:R:01:39:U1

THIS IS TO INFORM YOU THAT AS OF 6/22/2019
YOU HAVE BEEN PROMOTED TO B GRADE UNTIL 7/22/2019

FROM: RECORDS OFFICE

Exhibit M

Rough Draft

TO: Warden                                     5-20-19
From: Cedrick Graham B81484

First and foremost thank you for taking time to read this. I was placed back here in Seg from Receiving Cell #37 all stemming from being in a Cell with a SMI inmate that on several occassions I let the gaurds know that their were problems and threats by Joshua Hodges and asked to be Moved. I was never moved The C/O said that there hes to be blood The SMI inmate Joshua Hodges filed a false PREA Claim against me because I was trying to get out of the Cell with him and had made my issues known to neighbors in Cell #38 and your C/o's. A week ago I was beat by a few C/o's in Swat team gear for being in need of medical attention. I was experiencing flu-like Symptoms Vomiting all over the cell floor and toilet and passed out from dry heaving so much. I woke up to these Men in My cell beating me. They zip tied my wrist so tight that I los feeling all the way up to my Shoulder. I still cant feel the top of my left hand. It is numb still. They told me that they were going to kill me and called me nigger. The Sgt Said I dont beleive you are sick and asked me if I like what I got for making him and that he could have me killed for interrupting his day have to work. The Lt Said Oh you gotta a little tummy ache now your going to get up and walk your ass back to your cell. I was wrote a ticket that lied and said I was evaluated by medical and stated I played hurt to get to see nurse to cover up me being beat for being in need of medical attention. I was never evaluated and I never said that. Can you please get me from back here. They are not responding to my sick call request. I am in pain and I am Scared

Exhibit O

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: Cedrick J Graham    ID #: B87484 Living Unit: Receiving cell #29

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Counselor

I request ☐ Interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) _____

for the purpose of (explain): I was in seg and wrote 2 grievances. I have not had a reply back when you tell me whats going on with those grievances I was in N2 4-48 when I sent them please let me know one was dated 5-17-19 and another was dated on 5-19-19. Thank You. Cedrick Graham

_____ Offender's Signature    5-24-19 Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

Print Staff Name    Print Supervisor Name

Staff Signature    Date    Supervisor Signature    Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

---

Name: Cedrick J Graham B87484     <u>Exhibit N</u>     R/c 29
5-24-19

O : Ms T Counselor or Seg Counselor

"I was placed in Seg N⁰ 4-48 for a bogus prea and was released to a bullpen of inmates waiting to see parole board who thought I was either a snitch or a punk and my alledged victim (Joshua Hodge) un hand cuffed and I recieved threats I need to talk to you about the misconduct of IDOC. while I was in Seg. I wrote a grievance on this Can you please let me know whats going on with it It was dated 5-10-19 and marked for Staff conduct and policies Customs and practices. I need to talk to you its important. I was threatened and assaulted by IDOC Staff back in seg

Cedrick Graham

Offender Name: Cedrick Graham #74    ID # B87484    Living unit R/C 21

TO: Counselor Ms Tease

I still have not received a response to my request slip I sent you May 29 on the status of my grievance that I filed in Seg when I was housed in N24-48 on 5-17-19 and 5-19-19. It's been almost a month and I still have not received a response what are you trying to cover this up? Can you please tell me what the status of my grievances are? Thank you.

Offender Signature: Cedrick Graham

Date: 6/19/19

Exhibit Q

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: _Cedrick Graham_    ID #: _B87487_ Living Unit: _Rec 39_

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _Counselor_

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☑ other (specify) _Status of My grievance_
for the purpose of (explain): _I wrote a grievance on 5-10-19 when I was in Seg N² 448 for being_
_Cell with a SMI (mentally unstable) and being told by a C/o that he would have to see abot for me to_
_be moved and be punished, also to being sent behind the wall of this Mail or xng Seg for this Mental_
_unstable cellmates false prea claim against me because  e were icp at  rms  de d no get  ug!_
_I have yet to rece e_

_____    _6-26-19_    ___
Offender's Signature    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____    Remarks by supervisor (if necessary) : _____

_____    _____

_____    _____

_____    _____
Print Staff Name    Print Supervisor Name

_____    _____
Staff Signature    Date    Supervisor Signature    Date

Distribution:  Affected Unit

Printed on Recycled Paper    DOC 0286 (Rev. 4/2010)

Exhibit R

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 6-26-19 | Offender: (Please Print) Cedric ___ | ID#: B81484 |
|---|---|---|
| Present Facility: Menard C. | Facility where grievance issue occurred: Menard Seg N² cell 4-48 | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☑ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☑ Other (specify) Policies: IDOC grievance process and HCU sick call process.

☐ Disciplinary Report: ___/___/___
Date of Report                Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): While housed in segregation North 2 cell 4-48 on 5-15-19, 5-17-19, 5-18-19, and 5-19-19 seg HCU refused to ___ request for sick call to treat illness of flu like symptoms and ___ ___ injuries as a result of the excessive use of physical force that ___ me injuries while in the custody of IDOC for needing medical care and ___ need of medical attention on 5-14-19 around 5:00 pm and still have not received response's for requests for sick call.

While housed in seg North 2 cell 4-48 on 5-17-19 and 5-19-19 I wrote 2 grievances about staff misconduct, abuse, and the excessive use of physical force by IDOC staff and the various seg HCU medical staff.

Relief Requested: Establish practices that require Supervisory action staff and others train, supervise, and discipline ___ ___ to better the grievance policy and HCU (Health care unit) to follow ___ ___ policy.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Cedric ___                    B81484        6-26-19
Offender's Signature              ID#            Date

(Continue on reverse side if necessary)

---

| Counselor's Response (if applicable) | | |
|---|---|---|
| Date Received: ___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response:

Print Counselor's Name        Counselor's Signature        Date of Response

---

| EMERGENCY REVIEW | | |
|---|---|---|
| Date Received: ___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature                    Date

Housing Unit Rc 29    Bed # Top Bank

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

(names unknown) for denying one access to prompt and adequate medical care in seg when I was in need of medical attention. I still have not received a response to M_5-17 and 5 9-17 grievance. I DUE is refusing to process my grievance and the excessive use of force and denial of medical care and the systematic utilization of the 3r _____

Exhibit 3

Housing Unit: R/c 29 Bed #: _____

### ILLINOIS DEPARTMENT OF CORRECTIONS
### OFFENDER'S GRIEVANCE

| Date: 7-12-19 | Offender: (Please Print) Cedrick. J Graham | ID#: B87484 |
|---|---|---|

| Present Facility: Menard CC | Facility where grievance issue occurred: Menard Segregation |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☑ Other (specify): False IDR ticket given to cover up staff misconduct and denial of medical care

☑ Disciplinary Report: 5 / 14 / 2019    Menard Segregation North 2
     Date of Report                Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide Information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 5-15-19 I was given a inmate disciplinary ticket for disobeying a direct order essential to safety and security, while housed in Menard Segregation Cell North 2 4-48. a major infraction that was a bogus ticket to cover up that on 5-14-19 around 5.00pm a incident occurred where I was beat by tactical team officers while unconscious from flu-like symptoms and while earlier in the day requesting medical attention and being in need of medical care. that of being unresponsive I was repeatedly punch, kicked, stomped, and threatened to be killed and denied medical care for my original claims of illness and my injures from being beat and assaulted. On 5-17-19 and 5-19-19 I wrote grievances on this issue gave to C/o Stilln no respons Gannon Richleman Badge # 3800, Sgt Brumley, and Mat Page badge # 652 then

Relief Requested: Please Expunge this IDR and release me from this punishment of whatever my loss of priveleges are. Restore My Priveleges. Investigate this matter

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☑ Check if this is NOT an emergency grievance.

| Cedrick. J. Graham | B87484 | 7 / 12 / 19 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: ____ / ____ / ____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: _____ | | |

assaults I received for being in need of Medical care being found unresponsive on floor incoherant passed out lifeless.

On or about the 21st of May, I went to hear the ticket at the addjustment committe room I told them that I was sick, vomiting (flu-like symptoms, and passed out from dry heaving to exhaustion so how could I disobey a direct order if they found me unresponsive (per observation of Sgt Brumley and reporting officer Gannon Richelman badge # 3800) who displayed zero aggression or threat (see IDR wrote on 5-14-19) and I asked for the IDR to be dismissed. at the disciplinary hearing. I was not told anything but that the hearing was over. After returning to receiving unit from being in Menards Max prison segregation for about close to 2 weeks I found out that I had lost priveleges and was found guilty. When I went to call my fiance who is battling aggressive stage 4 cancer and could not connect to her. the mental anguish was unbearable I didnot know what was going on. after asking around I was told possible that it could be loss of priveledges/c grade. I did not know it 100% completely.

On or about the 24th of June I received a grade promotion notification from record office that indeed informed me that I have been punished further more from the bogus IDR that was wrote by Richelman, Sgt Brumley, and Mat Page. as if the beating/assaults were not enough now I am being punished from adjustment committe with a loss of priveleges From the false IDR wrote to cover up themselves (Richelman, Sgt Brumly, and Mat Page) I am being punished with a loss of not having my heart my life. my fiance battling Stage 4 aggressive cancer going on for months from this bogus IDR. Not being able to speak to her starting cancer alone on top of everything I'm going through. I feel like beating myself out and no longer of this having to worry about Menard staff IDOC killing me anymore like they said that they were going to do.

on 5-17-19 I wrote a grievance on this disciplinary report and these issues and submitted it to Menard CC officer and havent heard anything back but still being punished even after I asked in grievance for IDR to be expunged, and even when telling the adjustment committee what happened I was still punished by having my life and liberty taken from me. I never received a written statement, investigation conclusion, or even what all my punishment loss of priveleges are and/or even how long for this. I'll have to punished for this false IDR used to cover up themselves (Richelman, Sgt Brumly, and Mat Page) from their failure to provide me medical care. and ordering to have me beat, assaulted, and abused for being in need of health/medical care.

Director of IDOC                                    7/12/19

My name is Cedrick J Graham and I am housed in Menard-Recieving Cell # 29. They had me in a cell with a guy that was mental (SMI) on 5/9/19 on several occassions I asked to be moved 1st shift Westerman, 2nd shift I was told that they needed to see blood, and Came back later trying to make us fight Saying no blood yet not taking it Serious. I asked this C/o what his name was and he replied, we dont have a name. Third Shift left a note for 1st shift Sergeant this C/o was only one that took the matters Seriously when I hit the emergency button. My SMI Cellmate now 5-10- from 4am to 7am, while I was Sleep wrote a kite, went mentally postal and accused me of a bogus fake accusation. They put me in a cell with a mentally unstable inmate who's on papers and shoud've been in a aSylum knowing that hes not working with it all. I was taken to Menard Max Prison Seg over this SMI guy on 5/10 over his false PREA out of Menard Recieving Center

On 5/14/19 ~~they had me.~~ in Menard Maximum Prison Segraigation out of Recieving and not Menard Recieving Seg (They have a recevig Seg were they have magnents for Seg, Court writ etc.) I was vomiting and dry heaving So much My organs felt like they were trying to come up from flu like Symptoms that I needed medical attention for. While I was unconscious on the floor I was beat by these tacticle Swat team group. They told me they were going to kill me while they dragged me and Stomped my ankles all from me being in Seg and in need of medical care. They denied me medical care for all of this and wrote me a ticket that was false and bogus. They lied and Siad I was evaluated by medical Staff (I was not) and it lied and Said I Stated I played hurt (another lie) They are not responding to my grievances or request Slips.    Cedrick Graham B87484

Exhibit V

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Cedrick Graham

Job Assignment: _____    ID #: B87484  Living Unit: R/C 46

Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Ms. Tease Counselor _____

I request ☐ interview  ☐ cell assignment  ☐ visit  ☐ Trust Fund  ☐ purchase  ☐ other (specify) _____

for the purpose of (explain): I Sent out grievances In Seg (One) was for being denied
Medical Care - a medical treatment grievance dated 5-19-19 and another was marked
for Staff conduct dated on 5-17-19 for being physically assaulted for asking for Medical care 0.15-14-19
have not recieved a response. what is the status of my grievances? can you please let me know
150 I still have not heard from   Offender's Signature     grievance process and HCUS sick call.   Date    Thank you.
Cedrick Graham                                         1-31-19
46-26 19 grievance on policies of Inca grievance
DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____

_____

_____

_____        Remarks by supervisor (if necessary) : _____

_____                                 _____
Print Staff Name                                  Print Supervisor Name

_____                                 _____
Staff Signature              Date

Distribution:  Affected Unit

Exhibit U

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Cedrick Graham                     ID #: B87484  Living Unit: R/C 29

Shift: _____

Job Assignment: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Counselor of seg or rec _____

I request ☐ interview  ☐ cell assignment  ☐ visit  ☐ Trust Fund  ☐ purchase  ☐ other (specify) _____

for the purpose of (explain): I have yet to receive a response to my grievance
dated 5-10-19 that I sent out in Seg haused in N2 4-48 or a
response to the kite I sent you back on May 24 regarding the Status of
this grievance and other issues that I need to speak to you about. I've been back
Cedrick Graham        Offender's Signature         7-13-19        in rec for months off
                                                                  Date  putting in request and still have
                    DO NOT WRITE BELOW THIS LINE   not seen rec or seg counselor once after
                                                   Remarks by supervisor (if necessary) : first intake day and
Remarks by staff (if necessary) : _____   have not had a reply to my request slips
                                                   or grievances issues sent to you
_____

_____        _____
                                                 Print Supervisor Name

_____                                 _____
Print Staff Name                                  Supervisor Signature          Date

_____              Date
Staff Signature

DOC 0286 (Rev. 4/2010)

Distribution:  Affected Unit              Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Housing Unit: R/C 16  Bed # Bottom

| Date: 9-6-19 | Offender: (Please Print) Cedrick J Graham | ID#: B87464 |
|---|---|---|

Present Facility: Menard CC.    Facility where grievance issue occurred: Menard Receiving

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☑ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☑ Other (specify): Practice of IDOC grievance process and request slip response policies

☐ Disciplinary Report: ___/___/___
　　Date of Report　　　　Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I sent various request's to Counselor Taes(Tease) Counselor over here receiving at Menard and still yet to have received a response.

On the date of 5-29-19, while housed in Receiving Cell# 24, I sent out a request slip to Counselor Ms. Taes (Tease) requesting in _____ in Seg dated 5-17-19 and 5-14-19 _____ recei____

Exhibit W

8-7-19
RC-16

TO: Miss T Counselor Ms T or Seg Counselor
From: Cedrick Graham B87464

## Exhibit W

Ive been back here in receiving for months and still have not had a response to the several request I have sent to you. I have not gotten a chance to speak to you once Since the first day we were processed (intake) into receiving. I havent gotten a chance to see you. I've been back here in receiving going on 4 months I really need to talk you regarding serious matters of Staff Misconduct, excessive force (assaults), and abuse. Also being punished with a IDR for a cover up My rights were violated and I need to talk to someone about this I've been trying to request to talk to you for months I was assaulted for being in need of medical care and denied medical attention back in Seg So im not going to write them. I need to talk to you. Also I've gave the grievances to the prison officials/c/o's I wrote there So I know you've had to recieve them by now let me _____ with them please get back to me as soon as you can
Cedrick Graham

Housing Unit. Receiving Wellness [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

On 7-3-19, while housed in Recev. in Cell #46 I sent a 3rd request slip to Counselor Ms. Tense (haus on [illegible] Request of Grievance Status an [illegible] on receipt of my request slips, and never received a response. [illegible] a response to the various [illegible] In the whip slips per form here I [illegible] Either [illegible] grievance (mentioned above) that [illegible] [illegible] receiving Cell #16 I were and On 6-36-19 [illegible] housed in [illegible] [illegible] [illegible] back from [illegible] filed a grievance. That I haven't be [illegible] Cell #4-48 I submitted a On 5-11-19 while housed in Health 3 [illegible] grievance and have yet to receive a [illegible] [illegible] while housed in Seg North a cell On 5-17-19 I also wrote a grieva [illegible] Link 4-48 and have not received a [illegible] [illegible] fully remedies I am being prevented from exha[usting]

Exhibit Y

IDOC Director,                                                    9/6/19

Thank you for taking time to read this. I was housed in a cell with a SMI inmate after numerous attempts to be moved from this unsafe situation I was escorted behind the wall to North 2 Segregation Cell #4-48 from Receiving OR on a false PREA Claim made by my SMI cellmate. While in Seg I experienced flu like symptoms and was beat by tacticle officer for being in need of medical care. I then was denied medical attention for the beating and aggressive behavior of tacticle team and also for my original illness (flu-like symptoms). I was then wrote a bogus IDR, a major infraction that Sk'ked I said I played hurt. This is a lie. It also said in ticket that I was evaluated by medical staff. This is also a lie. I was never evaluated by medical staff. This was done by Sgt Brumley and Lt of Seg; to cover up the fact that the men in tacticle swat team gear was ordered to ~~~~~ my cell to beat me while I was unconscious on floor ~~~~~ for being in need of medical attention. I was found guilty on this. I also have wrote grievances that have yet to be responded to on these issues and request slips to the counselor and she isn't responding to my request. I am writing and submitting a grievance on her today. While I was in Seg not one of my nurse sick calls was answered back to that I sent. I wrote a grievance on this to and not been responded to. I wrote the warden and have not heard anything back. Can you please check on my grievanced issues Thank you.

                                                    Cedrick Graham B87484 R/c16

Exhibit 2

Housing Unit: **1-C-61** Bed #: **Top**

### ILLINOIS DEPARTMENT OF CORRECTIONS
### OFFENDER'S GRIEVANCE

| Date: **10-3-2019** | Offender: (Please Print) **Cedrick J. Graham** | ID#: **B87484** |
|---|---|---|

| Present Facility: **Hill Correctional Center** | Facility where grievance issue occurred: **Menard Correctional Center** |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA

- [ ] Disciplinary Report: ___/___/___
  Date of Report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On the 10th day of May 2019, an incident occured after multiple request on my behalf to be moved from the cell that I was in at the menard receiving center. I was notified by Menard CC Internal Affairs that a potential falsified PREA claim against me by my cellmate had been made at this time. I was briefed of the required formality of such a claim and was placed on an investigative status and now escorted behind the wall at Menard Maximum prison and placed in North-2 Segregation Cell #4-48.
On the 14th day of May, while housed in North-2 seg cell #4-48 during 2nd shift, while gallery officer made rounds I had requested medical attention due to flue like symptoms. Gallery officers response to my request was I did not appear ill to him and he denied me medical attention. Hours later during the same gallery officer making rounds he had stopped at my cell and noticed me profusely vomiting in

Relief Requested: I would like these claims that I have here before you to be sent to the highest powers of the Department of Corrections in Springfield and would request to have legal representation appointed to me and to be compensated for pain and suffering.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

_Cedrick J. Graham_                      **B87484**     **10 / 3 / 19**
Offender's Signature                          ID#              Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (If applicable)** | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

rely on prison authorities to treat [his direct] medical needs.

At 5:15 while housed in North-2 segregation cell 4-48 an incident occurred. While Sgt. Brumley and gallery officer were at the front of my cell they observed me unresponsive in the cell on the floor. During this time I was incoherent, passed out, lifeless! This scenario is sited play by play by reporting employee Gannon Richelman Badge # 3800 of both Sgt. Brumley and gallery officer in their report. See offender disciplinary Report served on 5-15-19, wrote up on 5-14-19. "I have a copy of said report" (I have attached a copy of said report to this grievance.)

After the above observation was made an unfortunate mistake was made by both gallery officer and Sgt. Brumley when they responded to the above incident after knowing I had requested medical attention and seen their after I was found in the above state of being unconscious, they seeked the assistance of a tactical extraction team to remove a unresponsive inmate, unconscious from the cell who displayed zero aggression or threat! When I believe the request for emergency medical response team assistance to the fact that I was found unconscious on my cell floor per observation of Sgt. Brumley and reporting officer Gannon Richelman badge # 3800.

Upon me vomiting profusely, dry heaving to exhaustion from illness and dropping to cell floor, I was awaken not by medical staff but by the extreme aggressive behavior of multiple tactical officers who repeatedly punched, kicked, stomped my body only after they fully restrained me with what appeared to be none double locking restraints so therefore the more movement my body experienced from their abuse the tighter the restraints had gotten. From the removal of my cell down the North-2 gallery while being dragged and kicked the entire time up a small flight of stairs only to be tossed into the seg bullpen in the North-2 Cellhouse. At no time did I display resistance, aggression, or combative behavior despite my health care condition. Shortly after the beating, I need I had not just the injuries seen by medical staff not just for my symptoms but were clearly noted by Menard CC staff while I was in cell, that being of vomiting from, and passing out and being found unconscious on my cell floor. But I was in need of medical attention also for the beating, stomping, disgraceful way that I was unlawfully restrained. Instead of being visited by the required medical staff that the situation demanded due to my medical need, I was visited by one Lt. only to receive this verbal warning, "Oh you got a little tummy ache Now you're going to sit up and walk your ass back to your cell." At this time I was escorted from the bullpen by a mixture of tactical response team officers and Menard CC officers. I thoroughly escorted back to my cell only to be told pick me the vomit up from floor and trying so hard so aggressively to also further my injuries, worsening my experience, enhancing the trauma that I had just experienced, while yet still denied check of my vitals, denied medical attention to my original claim of illness, and my recently added injuries from incident. No health care staff contracted by IDOC to Menard CC checked on me after staff of the IDOC by their own observation clearly seeing me in need of medical attention.

I am still dealing with the mental trauma that the above incident, while in the custody of IDOC caused me. There are no needs for to cite my recent case law or claims to the constitutional violations of my rights for there are so many and the errors of the IDOC made so clear in this claim of misconduct and abuse.

I am proceeding with these claims due to being in the safety of Hill Corrections and out of the harm of being in the custody of Menard institution. During this time I have seeked the assistance of mental health and medical staff here in Hill CC.

Exhibit AA

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: __Graham__ __Cedrick__ __B87484__
Last Name        First Name        MI        ID#

Facility: __Hill CC__

Grievance: Facility Grievance # (if applicable) _____ Dated: __93/19__ or ☐ Correspondence: Dated: _____

Received: __0/15/19__ Regarding: __5/10/19 Incident, Sgt Brumley__
Date

The attached grievance or correspondence is being returned for the following reasons: unknown gallery c/o
c/o Richelman, Tact Team
IA Lt

Additional information required:

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

Misdirected:

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

No further redress:

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

Other (specify): _____
_____
_____

Completed by: __Sarah Johnson__        __[signature]__        __12/12/19__
Print Name        Signature        Date

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev 3/2018)

Exhibit BB
Page 1 of 3

Dear ARB                                                     1-3-20

19-10-037

I just received the response to the 10/3/19 grievance on the 5-14-19 incident of misconduct, abuse, and denied being medical care treatment. I had filed various grievances in Menard and never received a response to those grievances. I also sent several request slips to Counselor and never received a response of being in receipt of my request slips or answer to the status of my grievances. I filed 2 grievances in seg while housed in North 2 cell #4-49; One was dated 5-19-19 for medical treatment for never receiving medical care from HCU of Seg and IDOC staff refusing to provide me medical care that I was in need of, denying me access to prompt and adequate medical care and Staff Conduct for acknowledging my need of medical care and denying me medical care. A second grievance was dated 5-17-19 for staff conduct being that while I was in need of medical attention being found unresponsive I was assaulted, beat, abused and told I was about to be killed. One of the worste experience of my life and punished for being in need of medical care. I was wrote a IDR to cover up their failure to provide me medical care and their misconduct and abuse. After being released from Seg I filed a third grievance on 6-26-19 while in receiving for the medical Cell #160 treatment of Seg HCU refusing to honor request for sick call to treat my flu-like symptoms I had and injuries from the assaults and beating for needing medical care from the flu-like symptoms. IDOC for failing to provide me medical care. And the policies of the IDOC grievance and sick call process. I never received a response back from either the 2 grievances I wrote and filed in Seg or the 1 I wrote when I was placed back in receiving. I wrote MS Tease the Counselor a request slip 5-29-19, 6-19-19, and on 7-31-19 with issues of no response to my request slips from the counselor or the status's of my grievances and received no response from M.S. Tease the counselor. So I filled a 4th (9-6-19) dated grievance for practices of IDOC grievance process and request slip response policies and staff conduct. I wrote and filed a 4th grievance on Ms Tease

Exhibit BB
page 2 of 3

for not responding to my request slips (the request slips regarded not having a response to the status of the various grievances I had filed) or the status of the various grievances I had filed.

On the rare occassion, shortly after I filled the 4th grievance dated 9-16-19 on ms Taese the counselor, Tease came onto the gallery as she walked by I called her over to my cell and I asked her about the grievances I filled and the request slips I had sent to her and if she got them and her reply was this threat, "Mr. Graham do you like pontiac because thats where ill Send your ass to pontiac, keep poking the hornets nest motherfucker. I'll make sure you do the hardest time possible. I will make sure your time is pure hell, try me. After being threatened by the counselor a short time later the L.t from seg. of the 5-14-19 incident (the incident that was grievanced, grievance number 19-10-037 completed by sarah johnson), 7 Seg on that date is unknown but I beleive his name is 5-14-19 He came over to receiving to I beleive supervije the showers on inmate shower day in receiving with no responses from counselor I had no choice but to ask the L.t. who supervised the er incident of misconduct, abuse, and denied medical care (al being who came up to my ear and said, oh you gotta a little tummy ache now your going to get your ass up and walk back to your cell", assaulted) I asked him about the unresponded grievances receiving and also the policies of the IDOC grievance process only to be threatened with murder. I recieved this warning, "If its up to me or you loosing my job I'd have you killed," he told me that he would making sure to have my grievance shut down and not answered proper exhaustion to have any kind of lawsuit dismissed. I fear and waited until I was in the safety of Hill CC to file the 10-

Please respond to the issue of

Exhibit BB
3 of 3

Only was I threatened with being killed for uti the grievance process but I was not allowed the to access the proper channels to solve my grievance intentionally shut down the grievance procedure for me and withholding my grievances to make enough time lapse grievance invalid. This is why I was forced to file 10/3/19 grievance. (19-10-037) when able to get to the S Hill Correctional Center and out of the dangerous enviorme Correctional Center where I was assaulted in fearing of told I would be killed.

Sincerely,

Cedrick J Grah

Cedrick J Gr

Exhibit CC

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Cedrick J Graham                      ID #: 387484  Living Unit: 1-C-61

Job Assignment: _____      Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Counselor

I request ☐ Interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify)  What can I do to ensure that I am continuing to comply with the IDOC grievance process

for the purpose of (explain): I filed grievances at Menard and still yet to recieve an ~~grievance response~~. What is the status of my grievances? One was dated 5-14-19 for Medical treatment Staff conduct, a second one was dated 5-17-19 for Staff conduct and disciplinary report, and the third was dated 6-26-19 for Staff conduct, Medical treatment and policies of IDOC grievance process and HCU sick call. Can you please tell me what the status's of my grievance's are. Thank you

_Cedrick Graham_                              1-3-20
Offender's Signature                           Date

### DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary) : _____        Remarks by supervisor (if necessary) : _____

_____        _____

_____        _____

_____        _____

Print Staff Name                                Print Supervisor Name

_____  _____            _____  _____
Staff Signature         Date                    Supervisor Signature      Date

Distribution:  Affected Unit

*Printed on Recycled Paper*                                      DOC 0286 (Rev. 4/2010)

Exhibit BB

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Request

Offender Name: Cedrick Graham                    ID #: B87484  Living Unit: 1-C-64

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Counselor _____

I request ☐ Interview  ☐ cell assignment  ☐ visit  ☐ Trust Fund  ☐ purchase  ☐ other (specify) _____

for the purpose of (explain): I Sent a request slip to you back in December for the status of my grievances filed while I was housed at Menard CC, but have not received a response. So I am going to send you another one with this question. What are the status of my grievances from Menard in 2019?

Cedrick Graham      Offender's Signature              2-6-20
                                                        Date

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): _____
_____
_____

Remarks by supervisor (if necessary): I never received a response, to my grievances that I filed while in the custody or incarcerated at the Menard Correctional Center Please let me know the status of those grievances. Thank you for your time and efforts.

Print Staff Name _____    Print Supervisor Name _____

Staff Signature _____                maybe
                                      P.S. There where 5 [strikethrough] 6 grievances    Supervisor Signature _____
Distribution:  Affected Unit          These grievances was filed from may through september of 2019

Printed on Recycled Paper                    DOC 0286 (Rev. 4/2010)

Exhibit EE

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B87484 | **Counseling Date** | 02/13/20 08:46:06:463 |
| **Offender Name** | GRAHAM, CEDRICK J. | **Type** | Collateral |
| **Current Admit Date** | 04/18/2019 | **Method** | Grievance |
| **MSR Date** | 07/28/2023 | **Location** | HIL   CLINICAL SERVICES |
| **HSE/GAL/CELL** | R1-C -64 | **Staff** | FERGUSON, AMANDA, Correctional Counselor II |

Note to Offender: Per Your Request Slip; I have not received any grievances from Menard CC. When I do receive grievances from Menard CC - I will forward a copy to you.

**Print Date  2/13/2020**

Exhibit FF

Housing Unit: N 4-48 Bed #: [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

| Date: 5-10-2019 | Offender: (Please Print) [illegible] | ID#: [illegible] |
|---|---|---|
| Present Facility: [illegible] | Facility where grievance issue occurred: [illegible] | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☑ Other (specify): Policies, Customs and practices
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Disciplinary Report: ____/____/____ (Date of Report) ______________ (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance
**Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On the 9th day of May [illegible] after multiple [illegible] a.m. [illegible] me moved from the [illegible] (Transgender) [illegible] Sexually Harassing me [illegible] repeatedly [illegible] comments to me and nothing [illegible] IDOC staff [illegible] IDOC staff [illegible] Mental [illegible] This [illegible] misgendering [illegible] mistreatment [illegible]

**Relief Requested:** [illegible]

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☑ Check if this is **NOT** an emergency grievance.

[illegible] ______ ______ __/__/19
Offender's Signature ID# Date

**(Continue on reverse side if necessary)**

## Counselor's Response (if applicable)

**Date Received:** ____/____/____ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** ______________________________

harrassed

(name unknown)

(one unknown)

encouraged to assault and be