IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CEDRICK J. GRAHAM #B87484, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 21-CV-340-SMY |
| | ) |
| GANNON RICHELMAN, et al, | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 81), recommending the partial grant and partial denial of the motion for summary judgment for failure to exhaust administrative remedies filed by Defendants Marvin Bochantin, Timothy Brumley, Trenton Freeman, Tyler Harmon, Jason Hart, Frank Lawrence, Matthew Major, Kevin Page, Aaron Priddy, Gannon Richelman, Joshua Schoenbeck, Morgan Teas, and Anthony Wills (Doc. 64). No objections have been filed to the Report. For the following reasons, the Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusions that Counts 6, 7, 8, 11, 12, and 13 should be dismissed and that Counts 1, 2, 5, 6, 15, and 16 should proceed. The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his

Report and Recommendation in its entirety.

Accordingly, Defendants' motion for summary judgment for failure to exhaust administrative remedies (Doc. 64) is **GRANTED in part** and **DENIED in part** in accordance with Judge Sison's Report (Doc. 81).

**IT IS SO ORDERED.**

DATED:  November 30, 2022

**STACI M. YANDLE**
**United States District Judge**